UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,                                    21-20050

v.

D-1 VIKTOR GJONAJ

    Defendant.

---

### WAIVER OF INDICTMENT

---

    I, VIKTOR GJONAJ, the defendant in this case, understand that I am being charged with the following felony: 18 U.S.C. § 1343 - Wire Fraud. I have been informed and understand that any person charged with a federal felony offense has the right to insist that the case proceed by way of an indictment returned by a grand jury. Understanding this, and pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure, I hereby waive any right to prosecution by indictment and consent that the prosecution may be brought by information instead of by indictment.

                                                        S/Viktor Gjonaj (w/ permission)
                                                        D-1 VIKTOR GJONAJ
                                                        Defendant

                                                        Steve Fishman
                                                        Attorney for Defendant

Dated: 2/11/21