UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

vs.

    Criminal No. 21-cr-20050

    Hon. Linda V. Parker

D-1, VIKTOR GJONAJ,

    Defendant.

_____/

## **DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION**

I, Viktor Gjonaj, defendant in this case, hereby acknowledge that I have received a copy of the Information before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1:    Wire Fraud, in violation of 18 U.S.C. § 1343
              Penalties: Up to 20 years' imprisonment and a fine of up to $250,000

I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

s/ Viktor Gjonaj (w/ permission)
Viktor Gjonaj
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pretrial motions to be filed within twenty (20) days of arraignment.

Dated: 2/11/21

Steve Fishman
Counsel for Defendant