THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,　　　　　　　　NO. 21-20050

　　　　　　　　Plaintiff　　　　　　　　Honorable Linda V. Parker

vs.

D-1 Viktor Gjonaj,

　　　　　　　　Defendant.

_____/

**Motion and Order to Seal Judgement and Commitment Order (ECF No. 24, PageID.155) and to File Amended Judgement and Commitment Order**

　　The United States of America requests that the Judgement and Commitment Order filed in the case on October 10, 2021 be sealed and that an Amended Judgement and Commitment Order be filed for the following reasons:

- On October 10, 2021, a Judgement and Commitment Order was filed which included the full names and addresses of the victims. (ECF No. 24, PageID.160).

- The Crime Victims' Rights Act requires that victims be treated with fairness and respect for their dignity and privacy. 18 U.S.C. § 3771(a)(8).

Wherefore, in an abundance of caution, the government respectfully requests that the original Judgement and Commitment Order be sealed to protect the

privacy of the victims and that an Amended Order be filed excluding the names and addresses of the victims.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: October 22, 2021

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney

 s/ Karen L. Reynolds
KAREN L. REYNOLDS  (P31029)
Assistant U.S. Attorney
211 West Fort Street, Suite 2001
Detroit, MI  48226
(313) 226-9672
karen.reynolds@usdoj.gov

Dated: October 22, 2021